AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br>Cristian Aroldo Pineda Diaz<br><br>*Defendant(s)* | ) ) ) ) Case No.  1:25-mj-00043MRD<br>) ) ) ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 15, 2025__ in the county of __Providence__ in the _____ District of __Rhode Island__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Forcibly resist, oppose, impede and interfere with federal law enforcement officers while engaged in the performance of official duties |

This criminal complaint is based on these facts:
See the attached Affidavit of Deportation Officer Edward Donaghy, Enforcement and Removal Operations, ICE.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DO Edward Donaghy - ERO/ICE
*Printed name and title*

Sworn to before me and signed telephonically.

Date: 7/15/25 6:00PM EST

_____
*Judge's signature*

City and state:  Providence, Rhode Island      Melissa R. DuBose, U.S. District Judge
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint